UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 3:23-CV-00663-LRH-CLB<br><br>**ORDER DENYING PROPOSED STIPULATED PROTECTIVE ORDER**<br><br>[ECF No. 19] |

The parties have submitted a proposed stipulated protective order. (ECF No. 19.) This proposed order improperly contains a section that improperly states "[a]ll provisions of this Order restricting the communication or use of confidential information shall continue to be binding after the conclusion of this action, unless otherwise agreed or ordered. . . The Court shall retain jurisdiction to resolve any dispute concerning the use of information disclosed after the termination of this action." (*Id*. at 5.) However, this Court will only retain jurisdiction over stipulated protective orders while a case <u>is pending,</u> and its jurisdiction will <u>cease</u> upon dismissal of the case.

Therefore, the Court **DENIES** the proposed stipulated protective order, (ECF No. 19). The parties have leave to submit a revised stipulated protective order that includes a proper jurisdictional provision as described above.

**IT IS SO ORDERED.**

**DATED** this 6th day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE