IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL GOMEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.* Dept. of Health & Human Services,<br><br>      Defendants. | Case No. 3:23-cv-00663-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are dismissed with prejudice.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Each party will bear its own costs and attorney's fees. All appearing parties have signed this Stipulation and there are no remaining claims or parties. No trial date has been set in this case.

APPROVED AS TO FORM AND CONTENT on the 17th day of October, 2024.

AARON D. FORD
ATTORNEY GENERAL

By:  */s/ Cameron Vandenberg*
CAMERON P. VANDENBERG
Chief Deputy Attorney General
ALINA KRAUFF
Deputy Attorney General

*Attorneys for Defendant*

LAW OFFICE OF MARK MAUSERT

BY:  */s/ Mark Mausert*
MARK MAUSERT, ESQ.
SEAN MCDOWELL, ESQ.

*Attorneys for Plaintiff*

## ORDER

BASED on the representation by the Parties, the Court finds that the case is ripe for Dismissal with Prejudice and Orders the same.

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: October 25, 2024